PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Garrison in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, PARKER, BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.    11.

*For reversal*—None.

---

WILLIAM H. FENNAN, APPELLANT, v. CITY OF ATLANTIC CITY ET AL., RESPONDENTS.

Argued March 7, 1917—Decided July 18, 1917.

On appeal from the Supreme Court, whose opinion is reported in 88 *N. J. L.* 435.

For the appellant, *Bourgeois & Coulomb*.

For the respondents, *Harry Wootton*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Garrison in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, PARKER, BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.    11.

*For reversal*—None.